**FILED**
**JANUARY 25, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YOLANDA SAUL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.: |
| v. ) | |
| ) | **08 C 569** |
| MARTIN and DANIELLE ) | |
| ZIMMERMAN, ) | |
| ) | **JUDGE DARRAH** |
| Defendants. ) | **MAGISTRATE JUDGE KEYS** |

## COMPLAINT

Plaintiff, Yolanda Saul ("Seller"), by her attorneys, Jenner & Block LLP, complains against Defendants, Martin and Danielle Zimmerman ("Buyers"), as follows:

### NATURE OF THE ACTION

1. This action arises out of Buyers' breach of a residential real estate agreement entered into between Seller and Buyers on or about March 11, 2007.

### THE PARTIES

2. Plaintiff, Yolanda Saul ("Seller"), is an individual residing at 1 West Lake Front Drive, P.O. Box 644, Beverly Shores, Indiana 46301. Plaintiff is a citizen of the state of Indiana.

3. Defendants, Martin and Danielle Zimmerman ("Buyers"), are individuals residing at 100 E. Bellevue Place, Apartment 32A, Chicago, Illinois 60611. Defendants are citizens of the state of Illinois.

### JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a) because Seller and Buyers are of diverse citizenship and the amount in controversy exceeds $75,000, exclusive of interest and costs.

5.      Venue is proper in the Northern District of Illinois pursuant to 28 U.S.C. § 1391(a) because Defendants reside in this district and because the real estate that forms the basis of the agreement is located in this district.

## BREACH OF CONTRACT

6.      On or about March 11, 2007, Buyers and Seller entered into a residential real estate contract. A copy of the contract is attached hereto as "Exhibit A" and made a part hereof.

7.      On or about March 20, 2007, Buyers and Seller, through counsel, modified several provisions of the contract (amended agreement hereinafter referred to as "the Contract"). A copy of the correspondence containing the modifications is attached hereto as "Exhibits B-E" and made a part hereof.

8.      Pursuant to the Contract, Buyers were to purchase from Seller a property located at 101 East Bellevue, Chicago, Illinois 60611 ("the Property"). The Contract provided that the purchase price of the Property was to be $3,200,000.

9.      On or about May 30, 2007, the date of closing, Seller was ready, willing, and able to close and had performed all of her obligations under the terms of the Contract.

10.     Buyers refused to close and purchase the Property, and materially breached their obligations under the Contract.

11.     On or about October 2, 2007, Seller was able to sell the Property to another buyer for a purchase price of $2,500,000.

**WHEREFORE,** Plaintiff requests that this Court enter judgment in favor of Plaintiff and against Defendants for all damages permitted under law, and for any further relief in favor of Plaintiff as this Court may deem just and proper.

## JURY DEMAND

Plaintiff respectfully requests a jury trial in this matter.

>Respectfully submitted,
>Yolanda Saul
>
>By: s/ Joseph G. Bisceglia
>    One of her Attorneys

Joseph G. Bisceglia (#213535)
Andrew F. Merrick (#6290213)
JENNER & BLOCK LLP
330 North Wabash
Chicago, IL 60611
(312) 923-2784

Date:   January 25, 2008