## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**FILED**
**JANUARY 25, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 569**

In the Matter of                                                      Case Number:

Yolanda Saul v. Martin and Danielle Zimmerman

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Yolanda Saul

**JUDGE DARRAH**
**MAGISTRATE JUDGE KEYS**

| | |
|---|---|
| NAME (Type or print) | |
| Andrew F. Merrick | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Andrew F. Merrick | |
| FIRM | |
| Jenner & Block LLP | |
| STREET ADDRESS | |
| 330 North Wabash | |
| CITY/STATE/ZIP | |
| Chicago, IL 60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6290213 | 312-840-7695 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |