**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| YOLANDA SAUL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.: 08 C 569 |
| v. | ) | |
| | ) | Judge John W. Darrah |
| MARTIN and DANIELLE | ) | |
| ZIMMERMAN, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Yolanda Saul, by her attorneys, Jenner & Block LLP, hereby files the attached

return of service for Defendant Martin Zimmerman.

Respectfully submitted,
Yolanda Saul


By:    s/ Joseph G. Bisceglia
            One of her Attorneys


Joseph G. Bisceglia (#213535)
Andrew F. Merrick (#6290213)
JENNER & BLOCK LLP
330 North Wabash
Chicago, IL 60611
(312) 923-2784

Date:   January 31, 2008

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE  1-28-08 |
|---|---|

| NAME OF SERVER *(PRINT)*  Juan Acevedo | TITLE  Process Server |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _100 E Bellevue Pl_
_Chicago, Il Apt. 32A_

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _Pedro Gamboa Resident Nanny_

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _1-28-08_ _____
          Date          Signature of Server

_10760 W. Higgins Rd_
Address of Server

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.