# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 569 | **DATE** | February 7, 2008 |
| **CASE TITLE** | Saul v. Zimmerman, et al. | | |

**DOCKET ENTRY TEXT:**

A status hearing is scheduled for March 27, 2008, at 9:00 a.m.

Docketing to mail notice.

| | Courtroom Deputy Initials: | mf |
|---|---|---|