IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YOLANDA SAUL, | ) |
|     Plaintiff | ) ) ) ) |
| v. | ) No.: 08 C 569 ) |
| MARTIN and DANIELLE ZIMMERMAN, | ) Judge: John W. Darrah ) Magistrate Judge: Arlander Keys ) ) |
|     Defendants. | ) ) |

**DEFENDANTS' AGREED MOTION TO
EXTEND THE TIME TO RESPOND TO THE COMPLAINT**

Defendants, Martin and Danielle Zimmerman (the "Zimmermans"), by their attorneys, Davis McGrath LLC, move for an extension of time to respond to Plaintiff, Yolanda Saul's ("Saul"), Complaint and further state as follows:

1. On or about January 25, 2008, Saul filed a one count Complaint attempting to allege breach of a written real estate contract relating to property located at 101 East Bellevue, Chicago, Illinois 60611 against the Zimmermans.

2. A copy of the Summons and Complaint were delivered to the Zimmermans' residence on January 28, 2008.

3. Counsel for the Zimmermans has been in contact with counsel for Saul, and the parties have been discussing whether this Court has jurisdiction over this matter.

4. The parties have agreed that the Zimmermans should have an additional three weeks up to and including March 11, 2008 to file their responsive pleading in this matter so that discussions regarding jurisdiction can be completed. Saul's attorney has

signed the proposed Agreed Order that will be submitted to Judge John W. Darrah for consideration.

5.   No party will be prejudiced by the brief extension of time for the Zimmermans to file their responsive pleading to Saul's Complaint.

WHEREFORE, Defendants, Martin and Danielle Zimmerman, request that their motion be granted, that they be allowed an additional three weeks up to and including March 11, 2008 to file their responsive pleading to Plaintiff, Yolanda Saul's, Complaint, and for such other and further relief as this Court deems just.

> Respectfully submitted,
>
> Martin and Danielle Zimmerman,
> Defendants
>
>
> /s/ Jodi L. Flynn
> One of Defendants Attorneys

Champ W. Davis, Jr. (#587192)
Jodi L. Flynn (#6230910)
DAVIS McGRATH LLC
125 S. Wacker Drive
Suite 1700
Chicago, Illinois 60606
(312) 332-3033

2