IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| YOLANDA SAUL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.:   08 C 569 |
| v. | ) | |
| | ) | Judge: John W. Darrah |
| MARTIN and DANIELLE ZIMMERMAN, | ) | Magistrate Judge:  Arlander Keys |
| | ) | |
| Defendants. | ) | |

To:   Joseph G. Bisceglia
      Andrew F. Merrick
      JENNER & BLOCK LLP
      330 North Wabash
      Chicago, IL 60611

### NOTICE OF MOTION

Please take notice that on February 27, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable John W. Darrah, or any other judge sitting in his stead in Courtroom 1203 of the Everett McKinley Dirksen United States Courthouse and then and there present Defendants' Agreed Motion to Extend the Time to Respond to the Complaint, at which time and place you may appear as you see fit.

                                    Martin and Danielle Zimmerman

                        By:   /s/ Jodi L. Flynn
                              One of Their Attorneys

### PROOF OF SERVICE

The undersigned, on oath, states that I caused this Notice of Motion and a copy of the foregoing Defendants' Agreed Motion to Extend the Time to Respond to the Complaint to be served upon all persons named on the electronic filing receipt generated by operation of the United States Bankruptcy Court's CM/ECF system on the 19th day of February, 2008.

                                    Martin and Danielle Zimmerman

                        By:   /s/ Jodi L. Flynn
                              One of Their Attorneys

Jodi L. Flynn (ARDC #6230910)
DAVIS McGRATH LLC
125 S. Wacker Dr., Ste. 1700
Chicago, Illinois 60606
(312) 332-3033