IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YOLANDA SAUL, | ) |
|     Plaintiff/Counter-Defendant, | ) ) ) |
| | ) No.: 08 C 569 |
| v. | ) |
| | ) Judge: John W. Darrah |
| MARTIN and DANIELLE ZIMMERMAN, | ) Magistrate Judge: Arlander Keys ) ) |
| | ) |
|     Defendants/Counter-Plaintiffs. | ) |

To:  Joseph G. Bisceglia
Andrew F. Merrick
JENNER & BLOCK LLP
330 North Wabash
Chicago, IL 60611

**NOTICE OF FILING**

Please take notice that on March 11, 2008 the undersigned filed with the Clerk of the United States District Court Northern District of Illinois Eastern Division, Defendants/Counter-Plaintiffs' Answer, Affirmative Defenses and Counterclaim to Plaintiff/Counter-Defendant's Complaint, a copy of which is attached.

                      Martin and Danielle Zimmerman,
                      Defendants/Counter-Plaintiffs

          By:   /s/ Jodi L. Flynn
                  One of Their Attorneys

**PROOF OF SERVICE**

The undersigned, on oath, states that I caused this Notice of Filing and a copy of the foregoing Defendants/Counter-Plaintiffs' Answer, Affirmative Defenses and Counterclaim to Plaintiff/Counter-Defendant's Complaint to be served upon all persons named on the electronic filing receipt generated by operation of the United States Bankruptcy Court's CM/ECF system on the 11th day of March, 2008.

                      Martin and Danielle Zimmerman,
                      Defendants/Counter-Plaintiffs

          By:   /s/ Jodi L. Flynn
                  One of Their Attorneys

Champ W. Davis, Jr. (#587192)
Jodi L. Flynn (ARDC #6230910)
DAVIS McGRATH LLC
125 S. Wacker Dr., Ste. 1700
Chicago, Illinois 60606
(312) 332-3033