IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YOLANDA SAUL, | ) |
|     Plaintiff/Counter-Defendant, | ) ) ) |
| v. | ) ) ) Case No. 08 C 569 |
| MARTIN and DANIELLE ZIMMERMAN, | ) ) ) Judge: John W. Darrah |
| | ) Magistrate Judge: Arlander Keys |
|     Defendants/Counter-Plaintiffs. | ) ) ) ) |

## DEFENDANTS/COUNTER-PLAINTIFFS' MOTION WITH CONSENT FOR SUBSTITUTION OF COUNSEL

Defendants/Counter-Plaintiffs, Martin and Danielle Zimmerman, hereby move this Court for leave pursuant to Local Rule 83.17 to substitute counsel. In support of their Motion, Defendants/Counter-Plaintiffs state as follows:

1. Defendants/Counter-Plaintiffs have chosen to replace their current counsel, Champ W. Davis, Jr. and Jodi L. Flynn of the law firm of Davis McGrath, L.L.C. with Frederic R. Klein and Roger A. Lewis of Goldberg Kohn Bell Black Rosenbloom and Moritz, Ltd.

2. Davis McGrath, L.L.C. consents to its withdrawal and the requested substitution. The requested substitution of counsel will not prejudice Plaintiff/Counter-Defendant in any manner.

3. Should this Motion be granted, Champ W. Davis, Jr., Jodi L. Flynn and the law firm of Davis McGrath, L.L.C. request that they be removed from the Court's electronic case filing ("ECF") system in this matter.

4. Frederic R. Klein of Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd. spoke to counsel for Plaintiff/Counter-Defendant who stated no objection to substitution of counsel for Defendants/Counter-Plaintiffs.

WHEREFORE, Defendants/Counter-Plaintiffs Martin and Danielle Zimmerman respectfully request (1) that this Court grant leave for prior counsel to withdraw their appearances on behalf of Defendants/Counter-Plaintiffs; (2) that this Court grant leave for Frederic R. Klein and Roger A. Lewis of Goldberg Kohn Bell Black Rosenbloom and Moritz, Ltd. to appear on behalf of Defendants/Counter-Plaintiffs; and (3) that notice of filing via the Court's ECF system be discontinued in this matter for Champ W. Davis, Jr., Jodi L. Flynn and the law firm of Davis McGrath, L.L.C.

Respectively submitted,

By /s/ Roger A. Lewis

DATED: April 7, 2008

Frederic R. Klein
Roger A. Lewis
GOLDBERG, KOHN, BELL, BLACK,
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street Suite 3300
Chicago, Illinois 60603
(312) 201-4000

Consented to,

By /s/ Jodi L. Flynn
    Counsel for Defendants/Counter-Plaintiffs

DATED: April 7, 2008

Champ W. Davis, Jr.
Jodi L. Flynn
DAVIS McGRATH, L.L.C.
125 South Wacker Drive, Suite 1700
Chicago, Illinois 60606
(312) 332-3033