# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| YOLANDA SAUL, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | |
| ) | Case No. 08 C 569 |
| MARTIN and DANIELLE ) | |
| ZIMMERMAN, ) | Judge: John W. Darrah |
| ) | Magistrate Judge: Arlander Keys |
| Defendants/Counter-Plaintiffs. ) | |
| ) | |
| ) | |
| ) | |

## NOTICE OF MOTION

To:   Joseph G. Bisceglia
      Andrew Francis Merrick
      **JENNER & BLOCK, LLP**
      330 North Wabash
      Chicago, IL 60611

PLEASE TAKE NOTICE that on **Wednesday, April 16, 2008 at 9:00 a.m.** or as soon thereafter as counsel may be heard, we shall appear before Judge John W. Darrah, or any judge sitting in his stead, in Room 1203 of the U.S. District Court for the Northern District of Illinois, 219 South Dearborn, Chicago, Illinois 60604, and then and there present the attached **Defendants/Counter-Plaintiffs' Motion With Consent For Substitution Of Counsel**, a copy of which is herewith served upon you.

Dated:  April 7, 2008

 /s/ Roger A. Lewis

Frederic R. Klein
Roger A. Lewis
GOLDBERG, KOHN, BELL, BLACK,
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois  60603
(312) 201-4000

With Consent,

 /s/ Jodi L. Flynn
Champ W. Davis, Jr.
Jodi L. Flynn
DAVIS McGRATH, L.L.C.
125 South Wacker Drive, Suite 1700
Chicago, Illinois  60606
(312) 332-3033

Attorneys for Defendants/Counter-Plaintiffs

# CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on April 7, 2008, he caused a copy of a **Defendants/Counter-Plaintiffs' Motion With Consent For Substitution Of Counsel** to be served by the Court's ECF/electronic mailing system upon the following:

>Joseph G. Bisceglia
>Andrew Francis Merrick
>**JENNER & BLOCK, LLP**
>330 North Wabash
>Chicago, IL 60611

/s/ Roger A. Lewis