## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 569 | **DATE** | April 9, 2008 |
| **CASE TITLE** | Saul v. Zimmerman | | |

**DOCKET ENTRY TEXT:**

Defendants/Counter-Plaintiffs' Motion With Consent for Substitution of Counsel [18], [19] is granted. Current counsel of Champ W. Davis and Jodi L. Flynn of the law firm Davis McGrath L.L.C. are removed as counsel and Frederic R. Klien and Roger A. Lewis of Goldberg Kohn Bell Vlack Rosenbloom and Moritz, Ltd. , are substituted as counsel for Defendants/Counter-Plaintiffs.

Docketing to mail notice.

| | Courtroom Deputy Initials: | mf |
|---|---|---|