## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| YOLANDA SAUL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.: 08 C 569 |
| v. ) | |
| ) | Judge John W. Darrah |
| MARTIN and DANIELLE ) | |
| ZIMMERMAN, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF MOTION

TO:   Frederic R. Klein
      Roger A. Lewis
      GOLDBERG, KOHN, BELL,
      BLACK,
      ROSENBLOOM & MORITZ, LTD.
      55 East Monroe Street Suite 3300
      Chicago, Illinois 60603

PLEASE TAKE NOTICE that on Tuesday, June 10, at 9:00 a.m. or as soon thereafter as counsel may be heard, Plaintiff Yolanda Saul will appear before the Honorable John W. Darrah, or any judge who may be sitting in his stead, in Room 1203 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and present **Plaintiff's Motion for Partial Summary Judgment,** a copy of which has been filed and served upon you today, May 28, 2008.

Respectfully submitted,
Yolanda Saul

By: <u>s/ Joseph G. Bisceglia</u>
     One of her Attorneys

Joseph G. Bisceglia (#213535)
Andrew F. Merrick (#6290213)
JENNER & BLOCK LLP
330 North Wabash
Chicago, IL 60611
(312) 923-2784

Date:  May 28, 2008