Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 569 | **DATE** | 5/29/08 |
| **CASE TITLE** | Saul v. Zimmerman, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for summary judgment [25, 28] is entered and continued to 6/19/08 at 9:00 a.m.


Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|