UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Yolanda Saul
                        Plaintiff,

v.                                                  Case No.: 1:08−cv−00569
                                                         Honorable John W. Darrah

Martin Zimmerman, et al.
                        Defendant.


**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**


      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Arlander Keys for the purpose of holding proceedings related to: settlement conference.(maf, )Mailed notice.


Dated: August 13, 2008

                                                              /s/ John W. Darrah

                                                            United States District Judge