IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YOLANDA SAUL, | ) |
|       Plaintiff/ Counter-Defendant, | ) ) ) |
|       v. | ) No. 08 C 569 ) ) Judge John W. Darrah |
| MARTIN & DANIELLE ZIMMERMAN, | ) Magistrate Judge Arlander Keys ) ) |
|       Defendants/ Counter-Plaintiffs. | ) ) |

**DEFENDANTS' AGREED MOTION TO SET A
STATUS HEARING TO SCHEDULE A SETTLEMENT CONFERENCE**

      Defendants Martin and Danielle Zimmerman (the "Zimmermans"), by their undersigned counsel, hereby respectfully ask this Honorable Court to set a status hearing in order to schedule a settlement conference. In support thereof, the Zimmermans state as follows:

      1.    In accordance with the request by the Zimmermans' counsel, per an agreement with counsel for Plaintiff Yolanda Saul ("Plaintiff"), Judge Darrah has referred this matter to the calendar of this Court for the purpose of holding proceedings related to settlement. See Order of August 13, 2008, attached hereto and incorporated by reference herein as Exhibit A.

      2.    Accordingly, the Zimmermans (with the agreement of the Plaintiff) now ask this Court to set a status hearing during which the Court, counsel, and the parties can confirm a date -- hopefully during September 2008 -- to engage in a settlement conference before this Honorable Court.

-2-

WHEREFORE, Defendants Martin and Danielle Zimmerman respectfully ask this Honorable Court to set a status hearing for the purpose of scheduling a settlement conference, and for all other and further relief deemed appropriate by the Court.

Respectfully submitted,

**MARTIN & DANIELLE ZIMMERMAN**

By: <u>/s/ Frederic R. Klein</u>
　　One of Their Attorneys

Frederic R. Klein
Roger A. Lewis
GOLDBERG, KOHN, BELL, BLACK,
　ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois  60603
(312) 201-4000