# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Yolanda Saul

                        Plaintiff,

v.                                          Case No.: 1:08-cv-00569
                                                      Honorable John W. Darrah

Martin Zimmerman, et al.

                        Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Arlander Keys for the purpose of holding proceedings related to: settlement conference.(maf, )Mailed notice.

Dated: August 13, 2008

                                                                             /s/ John W. Darrah

                                                                      United States District Judge



EXHIBIT A