**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| YOLANDA SAUL, | ) |
| | ) |
| Plaintiff/ | ) |
| Counter-Defendant, | ) |
| | ) No.  08 C 569 |
| v. | ) |
| | ) Judge John W. Darrah |
| MARTIN & DANIELLE | ) Magistrate Judge Arlander Keys |
| ZIMMERMAN, | ) |
| | ) |
| Defendants/ | ) |
| Counter-Plaintiffs. | ) |

**NOTICE OF MOTION**

TO:    Joseph G. Bisceglia
       Andrew F. Merrick
       Jenner & Block LLP
       330 North Wabash Avenue
       Chicago, IL 60611

       **PLEASE TAKE NOTICE** that on August 22, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Magistrate Judge Arlander Keys in Courtroom 2230 in the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **DEFENDANTS' AGREED MOTION TO SET A STATUS HEARING TO SCHEDULE A SETTLEMENT CONFERENCE**, a copy of which is attached hereto.

DATED:  August 19, 2008

                         **MARTIN & DANIELLE ZIMMERMAN**

                         By: /s/ Frederic R. Klein
                            One of Its Attorneys

Frederic R. Klein
Roger A. Lewis
GOLDBERG, KOHN, BELL, BLACK,
  ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois  60603
(312) 201-4000

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on August 19, 2008 he caused a copy of to be served by the Court's electronic notification system upon the following:

Joseph G. Bisceglia
Andrew F. Merrick
Jenner & Block LLP
330 North Wabash Avenue
Chicago, IL 60611

/s/Frederic R. Klein